# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERRINGER, CDCR #K-66652,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>K. PERSSONS, et al.,<br><br>　　　　　　　　　　　Defendant. | Civil No.   11-1618 AJB (BLM)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) AND FOR FAILING TO MOVE *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, a state prisoner currently incarcerated at the Richard J. Donovan Correctional Facility located in San Diego, California, and proceeding pro se, filed this civil action. Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); nor did he submit a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

## I.   FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

Any party instituting a civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th

1  Cir. 1999). As noted above, Plaintiff did not prepay the $350 filing fee required to commence
2  a civil action when he filed it; nor has he submitted a Motion to Proceed IFP. Therefore, the
3  case must be dismissed pursuant to 28 U.S.C. § 1914(a).

4  **II.  CONCLUSION AND ORDER**

5  For the reasons set forth above, the Court hereby:

6  (1)  **DISMISSES** this action sua sponte without prejudice for failing to pay the $350
7  filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

8  (2)  **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to:
9  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed
10 IFP which includes a certified copy of his trust account statement for the 6-month period
11 preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

12 **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with
13 the Court's form "Motion and Declaration in Support of Motion to Proceed *In Forma*
14 *Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the
15 enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without
16 prejudice and without further Order of the Court.

17 **IT IS SO ORDERED.**

19 DATED: July 25, 2011

   Hon. Anthony J. Battaglia
   U.S. District Judge